JS6 / REMAND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.N., a Minor, by and through her Guardian Ad Litem, LENORE RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COVINA, and DOES 1 through 40, Inclusive,<br><br>Defendants. | Case No. CV12-07003 GW (MANx)<br>Judge: George H. Wu<br><br>[PROPOSED] ORDER TO DISMISS PLAINTIFF'S FIFTH CAUSE OF ACTION FOR VIOLATION OF CIVIL RIGHTS, 42 U.S.C. §1983 AND TO REMAND THE ACTION TO SUPERIOR COURT OF THE STATE OF CALIFORNIA |

GOOD CAUSE APPEARING herein, it is hereby ordered as follows:

1. The Fifth Cause of Action for Violation of Civil Rights, 42 U.S.C., §1983, is dismissed from plaintiff's Complaint with prejudice, with each party to bear its own costs as to the dismissed cause of action; and

2. The within Action, and the remaining Causes of Action therein, is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

Dated: January 23, 2013

_____
THE HONORABLE GEORGE H. WU
JUDGE OF THE DISTRICT COURT

[PROPOSED] ORDER TO DISMISS 5TH C/A FOR VIOLATION OF 42 USC §1983 AND TO REMAND THE ACTION TO SUPERIOR COURT OF THE STATE OF CALIFORNIA
CV12-07003 GW (MANx)